Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Middle Dist. Florida |
|---|---|
| Name (under which you were convicted): Michael Anthony Prozer III | Docket or Case No.: 8:11-cr-202-VMC-EAJ |
| Place of Confinement: Estill, S.C. | Prisoner No.: 54552-018 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) Michael Anthony Prozer III |

MOTION   8:14 cv 1347 T33 EAJ

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

U.S. District Court, Middle District of Florida, Tampa Division Tampa Florida

   (b) Criminal docket or case number (if you know): 8:11-cr-202-VMC-EAJ

2. (a) Date of the judgment of conviction (if you know): August 16, 2012

   (b) Date of sentencing: August 16, 2012

3. Length of sentence: 102 Months

4. Nature of crime (all counts): Conspiracy to commit Wire fraud, mail fraud and bank fraud. wire fraud, mail fraud and bank fraud. Making false statements to influence a loan decision.

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐     (2) Guilty XX     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)     Jury XX     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒

8. Did you appeal from the judgment of conviction? Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: **Eleventh Circuit Court of Appeals**

(b) Docket or case number (if you know): **12-14455**

(c) Result: **Affirmed**

(d) Date of result (if you know): **November, 2013**

(e) Citation to the case (if you know):

(f) Grounds raised: **Obstruction of Justice, alleged false statement during a bond revocation hearing.**

**Note: Appellate Counsel (same as trial counsel) refused all communications with Petitioner during the entire appeal process.)**

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: **U.S. District Court, Tampa Division**

(2) Docket or case number (if you know): **8:11-cr-202-VMC-EAJ**

(3) Date of filing (if you know): **Post Sentencing. Multiple Motions**

Page 4

(4) Nature of the proceeding: **Post Conviction**

(5) Grounds raised:

**To have appellate counsel removed. Based on substantial ineffectiveness. Addressed the substantial conflict of interest with U.S. Postal Inspector Doug Smith as well.**

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

(7) Result: **Denied without prejudice. alleged lack of jurisdiction.**

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☒

(2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: I was not aware I could appeal the decision and the level of prejudice was against me.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE:
Jurisdiction:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Was the bank in question, and the loan in question F.D.I.C. insured at the time of the loan?
Did the bank breach its duties in verification, and in accepting a $1million dollar bribe from the governments witness to execute the loan?
Was the F.D.I.C. a victim since it did not pay any loss, nor did it assume receivership over the Park Avenue Bank?

Was it legal for the governments alleged victim and witness to offer the Park Avenue Bank a "fee" of $1million dollars for their participation in issuing the loan?

(b) Direct Appeal of Ground One:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

Counsel was ineffective, refused to address issues or investigate, refused all communication during appeal process. Would not speak to Petitioner or consult with Petitioner during appeal.

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☒   No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: Post Conviction. Appeal Motion

   Name and location of the court where the motion or petition was filed:
U.S. Dist. Court Tampa Florida,
United States Court of Appeals, Eleventh Circuit Atlanta Ga.

Page 6

Docket or case number (if you know): **8:11-cr-202-VMC-EAJ - 12-14455**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

**Not available. Appeals Court received 2 motions from Petitioner prior to Appellate counsel filing appellate brief. Denied Petitioners motion stating was not allowed to file.**

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):



(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




GROUND TWO:
   **Prosecutorial Misconduct**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**Conflict of interest with U.S. Postal Inspector, his love interest and her relationship with Petitioner, Harassment, False and fabricated statements by the government, concealment of the conflict of interest with U.S. Postal Inspector Doug Smith in order to deprive Petitioner of various Constitutional rights**

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

**Appellate Counsel refused to address issue because he did not want to "embarrass U.S. Postal Inspector Doug Smith. Refused to argue the false and fabricated statements of the government.**

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒  No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: **Post Conviction Motion prior to appeal**

Name and location of the court where the motion or petition was filed:

**U.S. Dist. Court Tampa Florida**

Docket or case number (if you know): **8:11-cr-202-VMC-EAJ**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

**Dismissed, refused to address the issues or investigate**

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE:

Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Ineffective at:
Pre trial investigation
conducted no witness interviews
gathered no documents/statements in preparation for trial
ineffective at trial.
ineffective at sentencing
Ineffective on appeal
Ineffective during plea stage

All claims factually and more fully detailed in the attached :2255 motion.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☒   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: **Request to remove appellate Counsel**

Name and location of the court where the motion or petition was filed:

**U.S. Dist. Court Tampa Florida**

Docket or case number (if you know): **8:11-cr-202-VMC-EAJ**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
**Not Available**

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐  No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐  No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
      Yes ☐  No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**I raised the issue of ineffective assistance in an appeal motion. The appeals court ordered Stephen leal to reply, then denied my motion even after Leal requested to be removed as counsel.**


GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

**All claims stated herein were denied due to lack of jurisdiction, or based on the fact that Petitioner was allegedly "represented" by counsel. Counsel refused to address these factual issues in violation of Petitioner's Constitutional rights.**

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  **Sherman Brod**

(b) At arraignment and plea:  **Stephen Leal**

(c) At trial:  **Stephen Leal**

(d) At sentencing:  **Stephen Leal**

(e) On appeal: **Stephen Leal**

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒ No ☐
17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐  No ☐

**N/A**

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
 A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
 (1) the date on which the judgment of conviction became final;
 (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
 (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
 (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on __6/1/2014__ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.